

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00151-CR

| | | |
|---|---|---|
| JOSE HECTOR PONCE A/K/A JOSE H. PONCE, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1554835D) |
| v. | § | October 8, 2020 |
| | § | Memorandum Opinion by Justice Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the trial judge, not the jury, assessed Appellant's punishment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Lee Ann Dauphinot  
    Justice Lee Ann Dauphinot